UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-113 JD |
| | ) | |
| HARRY S. KISTE | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on March 27, 2013 [DE 45]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Harry S. Kiste's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2250.

SO ORDERED.

ENTERED:  April 17, 2013

                                                         /s/ JON E. DEGUILIO
                                           Judge
                                           United States District Court